NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Appellant*

**v.**

**SEAN J. STACKLEY, ACTING SECRETARY OF THE NAVY,**
*Appellee*

---

2016-1260

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 51722, 58343, Administrative Judge Mark N. Stempler.

---

**JUDGMENT**

---

FRANCIS OMOH KADIRI, Francis O. Kadiri, LLC, Stone Mountain, GA, for appellant.

AARON WOODWARD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for appellee. Also represented by ANNA BONDURANT ELEY, MARTIN F. HOCKEY, JR., ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; ELLEN M. EVANS,

Office of the General Counsel, Naval Litigation Office, United States Department of the Navy.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 June 7, 2017         /s/ Peter R. Marksteiner
    Date                Peter R. Marksteiner
                      Clerk of Court